UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael M. Kimbrew,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>LVN Funding LLC et al,<br><br>　　　　Defendant(s). | Case No.  CV 23-04835-SPG-JC<br><br>**ORDER OF DISMISSAL** |

On September 29, 2023, an order to show cause why this case should not be dismissed for lack of prosecution was filed at docket no. [9] with a response deadline of October 13, 2023. Plaintiff filed a Request for Clerk to Enter Default at docket no. [10].  On September 29, 2023, a Notice of Deficiency filed at docket No. [11] indicating "No proof of service/waiver of service on file". On November 27, 2023, The Court set a deadline of December 11, 2023, for plaintiff to correct deficiency. To date no such correction has been made.

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court,

pursuant to Federal Rule of Civil Procedures.

**IT IS SO ORDERED.**

DATED: January 29, 2024



_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE